FILED BY **KS** D.C.

Jul 6, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60195-CR-SINGHAL/SNOW**
CASE NO. _____

21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

BRANDON MICHAEL WEST,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 19, 2019, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON MICHAEL WEST,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

### COUNT 2

On or about November 22, 2019, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON MICHAEL WEST,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 3

On or about December 5, 2019, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON MICHAEL WEST,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

A TRUE BILL

_____
FOREPERSON

_Thomas J. Mulrahill for_
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_Donald F. Chase, II_
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO._____ |
|---|---|
| v. | |
| BRANDON MICHAEL WEST | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant._____/ | Superseding Case Information: |

**Court Division:** (Select One)
- [ ] Miami  [ ] Key West  [✓] FTL
- [ ] WPB    [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
DONALD F. CHASE, II
Assistant United States Attorney
Court ID No.    A5500077

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BRANDON MICHAEL WEST          **Case No:** _____

Counts:   1, 2, and 3

Possession with Intent to Distribute Methamphetamine

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)

* **Max. Penalty:** 40 years' imprisonment (5 years mandatory minimum); at least 4 years of supervised release up to life; $5,000,000 fine; and $100 special assessment

Count:

_____

_____

*Max. Penalty:

Count:

_____

_____

*Max. Penalty:

Count:

_____

_____

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.