UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-60195-CR-SINGHAL/SNOW

UNITED STATES OF AMERICA,

vs.

BRANDON WEST,

                    Defendant.
_____/

### STIPULATED FACTUAL PROFFER FOR GUILTY PLEA

The United States of America, by and through the undersigned Assistant United States Attorney, and the

Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the

Defendant's guilt of Counts 1, 2, and 3 of the Indictment.   The parties agree that the below factual proffer is a

summary relating to the defendant's conduct and does not include every detail of the offense but are sufficient to

establish the elements of the offense.   The defendant further agrees that the facts below were committed

knowingly, willfully, and voluntarily.

1.      Brandon West ("West") sold November 19, 2019, November 22, 2019, and December 5, 2019 a combined

total of 67.34 grams of methamphetamine or ice.

### COUNT 1
### NOVEMBER 19, 2019 SALE OF APPROXIMATELY 14.7 GRAMS OF METHAMPHETAMINE FOR $800.00

2.      On or about November 19, 2019, at approximately 11:07 AM, the Drug Enforcement Administration ("DEA")

conducted a buy/walk operation from West utilizing a confidential informant ("CI").   West delivered to the CI a half

of an ounce or 14 grams of a substance that later field tested positive for methamphetamine in exchange for $800.00

at the parking lot of West's apartment complex located at 241 NE 38th Street, Oakland Park, Broward County,

Florida.   The aforementioned transaction was audio and video recorded.

3.      An analysis performed by a forensic chemist employed at the DEA Southeast Laboratory found the

[1]

substance sold by West to be 14.7 grams of methamphetamine with a purity of ninety-eight percent (98%).

4.      Using the ruse that the methamphetamine purchased by the CI was for another person who wanted to be present at future transactions, an undercover detective ("UC") of the Broward County Sheriff's Office ("BSO") was subsequently introduced by the CI to West.

## COUNT 2
### NOVEMBER 22, 2019 SALE OF APPROXIMATELY 26.8 GRAMS OF METHAMPHETAMINE FOR $1,200.00

5.      On or about November 22, 2019, at approximately 2:08 PM, DEA conducted a buy/walk operation after the CI negotiated the purchase of 21 grams of methamphetamine for $1,200.00 that West agreed to deliver to the BSO UC at the parking lot of West's apartment complex located at 241 NE 38th Street, Oakland Park, Broward County, Florida.   The aforementioned transaction was audio and video recorded.

6.      An analysis performed by a forensic chemist employed at the DEA Southeast Laboratory found the substance sold by West to be approximately 26.8 grams of methamphetamine with a purity of ninety-eight percent (98%).

## COUNT 3
### DECEMBER 5, 2019 SALE OF APPROXIMATELY 25.84 GRAMS OF METHAMPHETAMINE FOR $1,600.00

7.      On or about December 5, 2019, at approximately 2:49 PM, DEA conducted a buy/walk operation from West utilizing the BSO UC. During the operation, West delivered to the BSO UC one (1) ounce or 28 grams of a substance that later field tested positive for methamphetamine in exchange for $1,600.00 at the parking lot of West's apartment complex located at 241 NE 38th Street, Oakland Park, Broward County, Florida.   The aforementioned transaction was audio and video recorded.

8.      A preliminary test performed by a forensic chemist employed at the DEA Southeast Laboratory found the substance sold by West to be approximately 25.84 grams of methamphetamine with a purity of ninety-nine percent (99%).

9.      By his signature below, the defendant verifies that:

[2]

A)      he has read or had read to him and understood the foregoing;

B)      the stipulated factual record is true and correct;

C)      he signs this document freely and voluntarily after he has received the advice of his counsel.

Respectfully submitted,

UNITED STATES OF AMERICA

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 7/28/22          By:      _____
                                DONALD F. CHASE, II
                                ASSISTANT UNITED STATES ATTORNEY

                                DEFENDANT

Date: 7/28/22          By:      _____
                                HUDA AJLANI-MACRI
                                ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 7/28/22          By:      _____
                                BRANDON WEST
                                DEFENDANT

[3]